**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jack Marks Alltmont
Sessions, Fishman, et al
400 Poydras St., Ste. 2500
New Orleans LA 70130

**REHEARING ACTION: January 10, 2018**

**Docket Number: 17   00294-CA**

**MARY M. MATTHEW**
**VERSUS**
**LEILA B. MATTHEW**

**Appealed from Iberia Parish Case No. 127227**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Billy Howard Ezell**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Leila B. Matthew** has this day been

    **DENIED.**

cc: Porteus Richard Burke, Counsel for the Appellee